%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

### Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI/IRS

**City**   Swampscott (and elsewhere)   **Related Case Information:**

**County**  Essex (and elsewhere)

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   15-mj-7095-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Susan C. Daub          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State)  5879 NW 124th Way, Coral Springs, FL 33076

Birth date (Yr only): 1960   SSN (last4#): 5767   Sex W   Race: White   Nationality: US

**Defense Counsel if known:**   R. Bradford (Brad) Bailey   Address  10 Winthrop Sq., 4th Floor

**Bar Number** _____    Boston, MA 02110

**U.S. Attorney Information:**

AUSA   Brian Perez-Daple          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date   06/12/2015

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. Barry Seltzer, S.D. Fla.  on  June 12, 2015

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ―― ☐ Misdemeanor ―― ☑ Felony  20

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  July 9, 2015          Signature of AUSA: _/s/ Brian Perez-Daple_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Susan C. Daub

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2  18 USC § 1343 | Wire Fraud | 2-13 |
| Set 3  18 USC § 1028A(a)(1) | Aggravated Identity Theft | 14-19 |
| Set 4  18 USC § 1957(a) | Monetary Transactions in Proceeds of Specified Unlawful Activity | 23 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

℅JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI/IRS

**City** Swampscott (and elsewhere)      **Related Case Information:**

**County** Essex (and elsewhere)

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 15-mj-7095-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Will D. Allen      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): 2325 SW 105th Terrace, Davie, FL 33324

Birth date (Yr only): 1978    SSN (last4#): 1490    Sex: M    Race: Black    Nationality: US

**Defense Counsel if known:** Theresa M.B. Van Vliet     Address: 200 East Broward Blvd.

**Bar Number** _____      Suite 1110
Fort Lauderdale, FL 33301

**U.S. Attorney Information:**

**AUSA** Brian Perez-Daple      Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** 06/12/2015

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Barry Seltzer, S.D. Fla. on June 12, 2015

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 23

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 9, 2015      Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Will D. Allen

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 USC § 1343 | Wire Fraud | 2-13 |
| Set 3 | 18 USC § 1028A(a)(1) | Aggravated Identity Theft | 14-19 |
| Set 4 | 18 USC § 1957(a) | Monetary Transactions in Proceeds of Specified Unlawful Activity | 20-23 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA CRIM - Criminal Case Cover Sheet.pdf  3/4/2013