UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              **Criminal Action**
                              **No: 15-cr-10181-WGY**

**UNITED STATES**
**Plaintiff**

**v.**

**ALLEN et al**
**Defendants**

## SCHEDULING ORDER

**YOUNG, D.J.**

    An initial status conference in accordance with LR 116.5 was held on 9/8/2015.

    Any substantive motions are to be filed by 8/17/2016. See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before 8/31/2016. See LR 116.3(l).

    A Final Pretrial Conference will be held on 9/7/2016 at 2:00 PM.

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 9/7/2016.

    A tentative trial date has been set for September 26, 2016 at 9:00 AM.

    The time between 7/9/2015 and 9/26/2016 is excluded with the agreement of the defendant in the interest of justice as stated on the record.

                                          By the Court,

                                          /s/ Jennifer Gaudet
                                          **Deputy Clerk**

**September 18, 2015**