UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 15-10181-WGY |
| ) | |
| (1) WILL D. ALLEN, and ) | |
| (2) SUSAN C. DAUB ) | |
| Defendants. ) | |

### AMENDED ORDER REGARDING RESTITUTION PAYMENT

**YOUNG, D.J.**

Based upon the motion by the United States to direct the disposition of seized funds towards the balance of the outstanding restitution obligations of the Defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the United States Marshals Service shall deliver **$6,417,875.21**, comprised of the Assets listed below, to the Clerk of Court for the District of Massachusetts to be applied to the restitution balance in the instant criminal case:

   a. $6,176,445.68 in United States currency from Bank of America account number ending in 8156, held in the name of Capital Financial Partners Enterprises;

   b. $100,047 in United States Currency from Merrill Lynch investment account number ending in 7398, held in the name of Will Allen;

   c. $1,255.41 in United States currency from Bank of America account number ending in 8798, held in the name of Will D. Allen;

   d. $832.08 in United States currency from Bank of America account number ending in 2113, held in the name of WJBA Investments, LLC;

   e. $856.15 in United States currency from Bank of America account number ending in 8169, held in the name of Capital Financial Partners Enterprises;

   f. $30.45 in United States currency from Bank of America account number ending in 6232, held in the name of Simplified Health Solutions, LLC;

g. $85,600.66 in United States currency from Bank of America account number ending in 6591, held in the name of Simplified Health Solutions, LLC;

h. $6,811.61 in United States currency from Bank of America account ending in 6601, held in the name of Insurance Depot of America, LLC;

i. $13,512.48 in United States currency from Wells Fargo Bank account number ending in 1467, held in the name of Encore Capital Properties;

j. $24,000.75 in United States currency from Wells Fargo Bank account ending in 3109, held in the name of Susan C. Daub;

k. $5,133.91 in United States currency from Wells Fargo Bank account ending in 6304, held in the name of Susan C. Daub;

l. $3,249.03 in United States currency from Bank of America account number ending in 6591, held in the name of Simplified Health Solutions, LLC; and

m. $100 in United States currency from Bank of America account number ending in 2427, held in the name of Simplified Health Solutions, LLC;

(collectively, the "Assets").

So ordered this 5TH day of April, 2018.

*William G. Young*
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE